UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS KING, | Case No.: 2:20-cv-00117-RFB-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| M1 SUPPORT SERVICES, LP, | |
| Defendant(s). | |

Due to conflicting duties of the Court, the ENE session is **CONTINUED** to 9:30 a.m. on May 5, 2020.  ENE statements must be submitted by 3:00 p.m. on April 28, 2020.

IT IS SO ORDERED.

Dated: March 12, 2020

_____

Nancy J. Koppe
United States Magistrate Judge