# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS KING,<br><br>    Plaintiff(s),<br><br>v.<br><br>M1 SUPPORT SERVICES, LP,<br><br>    Defendant(s). | Case No.: 2:20-cv-00117-RFB-VCF<br><br>**Order** |

The Court is striving to reduce personal appearance in the courthouse through general orders that remain in effect. *See*, *e.g.*, Temp. Gen. Order 2020-04 at 3. Accordingly, the early neutral evaluation in this case is hereby **CONTINUED** to 1:00 p.m. on June 30, 2020. ENE statements must be submitted by 3:00 p.m. on June 23, 2020. All other requirements previously established continue to govern. Docket Nos. 6, 20.

IT IS SO ORDERED.

Dated: April 14, 2020

                                                      Nancy J. Koppe
                                                    United States Magistrate Judge